COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| JAREN, L.L.C., | | |
| | § | No. 08-10-00041-CV |
| Appellant, | | |
| | § | Appeal from the |
| v. | | |
| | § | County Court at Law No. 3 |
| MARIETTA DIANA RODRIGUEZ AND | | |
| ROBERT WARICK, INDEPENDENT | § | of El Paso County, Texas |
| ADMINISTRATOR OF THE ESTATE | | |
| OF DESTINY RODRIGUEZ, | § | (TC# 2008-413) |
| DECEASED, AND TIFFANY | | |
| MICHELLE RODRIGUEZ AND BNSF | § | |
| RAILWAY COMPANY, | | |
| | | |
| Appellees. | | |

## MEMORANDUM OPINION

Pending before the Court is an agreed motion to dismiss this appeal pursuant to TEX. R. APP. P. 42.1(a)(2) because the parties have entered into a settlement agreement and have agreed that the appeal should be dismissed. We grant the motion and dismiss the appeal. Pursuant to the parties' agreement, costs are assessed against the party by whom incurred. *See* TEX. R. APP. P. 42.1(d).

GUADALUPE RIVERA, Justice

April 14, 2010

Before Chew, C.J., McClure, and Rivera, JJ.